JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA CABRERA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GREAT AMERICAN CHICKEN CORP, INC., a California corporation; GAP III LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: CV 20-3901-DMG (PVCx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [27]** |

1

After consideration of the parties' Joint Stipulation for Dismissal of the entire action with Prejudice, the Court hereby DISMISSES with prejudice the above-captioned action, in its entirety. The parties shall bear their own costs and attorneys' fees. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: September 25, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE